```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 15-18087-amc
Julio E. Rosado                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John              Page 1 of 2          Date Rcvd: Jul 19, 2016
                              Form ID: pdf900         Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db             +Julio E. Rosado,    922 S. Hanover Street,    Pottstown, PA 19465-7524
13629793      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
13674741        Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701
13629795       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
13629798       +Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
13629799       +KML Law Group,    701 Market #5000,    Philadelphia, PA 19106-1541
13629802       +Tammy Rosado,    922 S. Hanover,    Pottstown, PA 19465-7524
13638603       +U.S. BANK NATIONAL ASSOCIATION, Et Al,     c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
13641224       +U.S. Bank National  Association, et al,    PA Housing Finance Agency,    211 North Front Street,
                 P.O. Box 15057,    Harrisburg, PA 17105-5057
13641218       +U.S. Bank National Association, et al.,    PA Housing Finance Agency,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17105-8029
13629803       +US Bank as Trustee for,    Pa HFA,    211 N. Front St,   Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 20 2016 02:00:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2016 02:00:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2016 02:00:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13629794        E-mail/Text: bankruptcies@carmelfinancial.com Jul 20 2016 02:00:07      Carmel Financial Cor,
                 101 E Carmel Dr Ste 200,    Carmel, IN 46032-2668
13629796       +E-mail/Text: creditonebknotifications@resurgent.com Jul 20 2016 02:00:03      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
13639929        E-mail/Text: mrdiscen@discover.com Jul 20 2016 02:00:01      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13629797       +E-mail/Text: mrdiscen@discover.com Jul 20 2016 02:00:01      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13663653        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2016 01:51:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13731028        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2016 01:51:17
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13629800       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2016 01:51:37
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13629801       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2016 01:51:33      Syncb/Walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jul 19, 2016
                              Form ID: pdf900         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              ALLAN K. MARSHALL    on behalf of Debtor Julio E. Rosado akm6940@aol.com
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIO E. ROSADO                         Chapter 13

                    Debtor              Bankruptcy No. 15-18087-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103

Debtor:
JULIO E. ROSADO

922 S. Hanover St

Pottstown, PA 19465